IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02252-MSK-MJW

RUBEN L. GALLEGOS

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DENVER POLICE DEPARTMENT;
GERALD R. WHITMAN, in his individual capacity; and
DENVER HEALTH AND HOSPITAL AUTHORITY,
a municipal corporation,

       Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge